## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

DAMON JONES, on behalf of himself and all       CASE NO.: 1:23-cv-07960
others similarly situated,

        Plaintiff,

v.

GREEN BUILDING SUPPLY, LLC,

        Defendant.

--------------------------------------------------------x

### NOTICE OF ATTORNEY APPEARANCE

Nolan Klein, Esquire, of the Law Offices of Nolan Klein, P.A., hereby gives notice of appearing as counsel of record for Defendant, GREEN BUILDING SUPPLY, LLC, in the above-styled action.

DATED this **19th** day of **October,** 2023.

Respectfully Submitted,

LAW OFFICES OF NOLAN KLEIN, P.A.
*Attorneys for Defendant*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
PH: (954) 745-0588

By: _/s/ Nolan Klein_____
NOLAN KLEIN, ESQ. (NK 4223)
klein@nklegal.com
amy@nklegal.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **19th** day of **October,** 2023.

By: _/s/ Nolan Klein_____
NOLAN KLEIN, ESQ.

## SERVICE LIST:

**MARS KHAIMOV, ESQ.**
MARS KHAIMOV LAW, PLLC
100 Duffy Avenue, Suite 510
Hicksville, NY 11801
Tel:  (929) 324-0717
Fax: (929) 333-7774
mars@khaimovlaw.com
*Attorneys for Plaintiff*