UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON JONES, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>  -against-<br><br>GREEN BUILDING SUPPLY, LLC,<br><br>        Defendant. | 23-CV-7960 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's September 11th Order, ECF No. 6, the parties were required to file a joint letter and proposed case management plan, the contents of which are described therein, no later than December 14, 2023. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Monday, December 18, 2023.**

  SO ORDERED.

Dated: December 15, 2023
   New York, New York

                       _____
                         ARUN SUBRAMANIAN
                        United States District Judge